IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATION,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>BRITISH TELECOMMUNICATIONS PLC,<br><br>Defendant/ Counterclaim Plaintiff. | C.A. No. 11-843 (SLR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs/counterclaim defendants Comcast Cable Communications LLC and Comcast Corporation and defendant/counterclaim plaintiff British Telecommunications plc hereby jointly move and stipulate that all claims and counterclaims between the parties be dismissed with prejudice, with the parties to bear their own costs and attorney fees.

POTTER ANDERSON & CORROON LLP     BALLARD SPAHR LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

By: /s/ Beth Moskow-Schnoll
    Beth Moskow-Schnoll (#2900)
    919 North Market Street, 11th Floor
    Wilmington, DE 19801
    (302) 252-4447
    moskowb@ballardspahr.com

| | |
|---|---|
| OF COUNSEL | OF COUNSEL |
| Daniel A. Boehnen<br>Grantland G. Drutchas<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>(312) 913-0001<br><br>*Attorneys for BRITISH TELECOMMUNICATIONS PLC* | Brian L. Ferrall<br>Leo L. Lam<br>Benedict Y. Hur<br>Ryan K. Wong<br>Nicholas D. Marais<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>(415) 391-5400<br><br>*Attorneys for COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATION* |

SO ORDERD THIS ___ day of March, 2014

_____
Sue L. Robinson
United States District Court